**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaquan T. CLAYTON, also known as**
**Quan, Defendant–Appellant.**

**No. 03–1266.**

United States Court of Appeals,
Seventh Circuit.

Oct. 11, 2006.

Richard G. Frohling, Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Robert R. Henak, Milwaukee, WI, for Defendant–Appellant.

Before Hon. DIANE P. WOOD, Circuit Judge, Hon. TERENCE T. EVANS, Circuit Judge, Hon. ANN CLAIRE WILLIAMS, Circuit Judge.

### ORDER

Following a jury trial, Jaquan Clayton was found guilty of narcotics offenses. He was sentenced to 330 months in prison. His appeal followed. On May 19, 2005, pursuant to a remand from the United States Supreme Court following *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and our subsequent decision in *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005), we issued an order for the district judge to inform us whether he would have imposed the same sentence, had he known at the time of sentencing that the United States Sentencing Guidelines were advisory. He has now informed us that both the government and Clayton recommend a full remand for resentencing and that, in fact, a full remand of defendant Clayton's case is appropriate. Accordingly, the case of Jaquan T. Clayton is REMANDED to the district court for resentencing.